IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH S. TRAYWICK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv761-MHT |
| | ) | (WO) |
| **OFFICER MATTHEWS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed motion for preliminary injunction in another civil action (2:15-cv-372-MHT) seeking protection from retaliation by correctional officers for filing that lawsuit. By order of the United States Magistrate Judge, this new civil case was opened, and the preliminary injunction-motion was treated as a complaint. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to pay the required fees or submit an application to proceed

in forma pauperis. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of December, 2015.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE